United States Court of Appeals
Fifth Circuit

**F I L E D**

**March 16, 2007**

Charles R. Fulbruge III
Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 06-40736

_____

MARIE INEZ CRAVENS, Individually and on
Behalf of the Estate of Abner
Cravens, Deceased, and All Wrongful Death
and Survival Action Beneficiaries;
TONY CRAVENS; NATASHA CRAVENS; LORRETA CRAVENS,
as Next Friend of L C, a Minor,

Plaintiffs-Appellants,

versus

CITY OF LAMARQUE, TEXAS,

Defendant-Appellee.

_____

On Appeal from the United States District Court
for the Southern District of Texas, Galveston Division
Docket No. 3:05-CV-545

_____

Before JONES, Chief Judge, and JOLLY and STEWART, Circuit Judges.

PER CURIAM:[*]

The court has heard oral argument and reviewed the briefs

and pertinent portions of the record. As the district court found,

the appellants failed to establish that a § 1983 cause of action

exists in the Fifth Circuit on the state-created-danger theory

under these facts. See Saenz v. Heldenfels Bros., Inc., 183 F.3d

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

389 (5th Cir. 1999).  Accordingly, there can be no municipal liability.

**AFFIRMED.**